UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIAN GAIL BROWN, : | |
| : | |
| Plaintiff, : | CIVIL ACTION NO.: |
| : | 3:14-cv-01220-VLB |
| v. : | |
| : | |
| HEARST CORPORATION, HEARST : | |
| MEDIA SERVICES CONNECTICUT, : | |
| LLC, JOHN ALCOTT, BARBARA : | |
| ROESSNER, AND BRIAN KOONZ, : | December 1, 2014 |
| : | |
| : | |
| Defendants. : | |

## MOTION TO DISMISS AMENDED COMPLAINT

For the reasons set forth herein and in the accompanying Memorandum of Law, the Defendants Hearst Corporation, Hearst Media Services Connecticut, LLC, John Alcott, Barbara Roessner and Brian Koonz (collectively "Defendants") herein move that this Court dismiss Plaintiff's: (1) Fair Labor Standards Act and Connecticut Minimum Wage Act overtime claims (Counts One and Two); (2) Fair Labor Standards Act retaliation claim (Count Three), with prejudice; (3) Age Discrimination Employment Act and Connecticut Fair Employment Practices Act, Conn. Gen. Stat. § 46a-60, *et. seq.*, Age Harassment claims (Counts Four and Five); (4) Title VII of the Civil Rights Act and Connecticut Fair Employment Practices Act, Conn. Gen. Stat. § 46a-60, *et. seq.*, Gender Harassment and Discrimination claims (Counts Six and Seven); (5) Intentional Infliction of Emotional Distress claim (Count Eleven); (6) Negligent Infliction of Emotional Distress claim (Count Twelve); and (7) False Imprisonment claim (Count

**ORAL ARGUMENT REQUESTED**

Fourteen), against all Defendants pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

Dated: December 1, 2014                                Respectfully submitted,


                                                By: /s/ Jonathan R. Donnellan
                                                Jonathan R. Donnellan (CT29106)
                                                Adam Colón (CT29651)
                                                Shari Goldsmith (Of Counsel)
                                                   THE HEARST CORPORATION
                                                   Office of General Counsel
                                                300 West 57th Street, 40th Floor
                                                New York, New York  10019
                                                Tel: (212) 841-7000
                                                Fax: (212) 554-7000
                                                Email:   jdonnellan@hearst.com
                                                            smgoldsmith@hearst.com
                                                             acolon@hearst.com

                                              *Attorneys for Defendants*

**CERTIFICATION OF SERVICE**

      I hereby certify that I have caused a true and correct copy of the foregoing to be served on all counsel of record, this 1st day of December 2014, by operation of the Court's CM/ECF electronic filing system.

                                            /s/ Jonathan R. Donnellan
                                            Jonathan R. Donnellan